UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KENNETH McMASTER,

                Plaintiff,

   -v-                                              9:15-CV-0578
                                                      (DNH/CFH)

L.W. LABARGE, S.D. LAMARE, E. SMITH,
K. ELLSWORTH, J.G. TATRO, M.C. TOMPKINS,
C.S. ROWE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

KENNETH McMASTER
Plaintiff, *Pro Se*
08-B-1832
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

HON. ERIC T. SCHNEIDERMAN          RACHEL MAMAN KISH, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorneys for Defendant James Thomsen
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     *Pro se* plaintiff Kenneth McMaster brought this civil rights action pursuant to 42 U.S.C.

§ 1983. On June 30, 2016, the Honorable Christian F. Hummel, United States Magistrate Judge,

advised by Report-Recommendation that defendants' motion to dismiss pursuant to Federal Rule

of Civil Procedure 12(b)(6) be denied. See ECF No. 43. Defendants have filed timely objections. See ECF No. 44. Plaintiff has filed a response to such objections. See ECF No. 45.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1).

Therefore, it is ORDERED that:

1. Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 27) is **DENIED;** and

2. The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

United States District Judge

Dated: September 22, 2016
Utica, New York