# PLAINTIFF'S AMENDED EXHIBIT LIST

U.S. DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Case Name and Number:    McMaster v. LaBarge, et al.
                         Civil Action No. 9:15-CV-578

Date: June 10, 2019

PRESIDING JUDGE: Hon. David N. Hurd

( X ) Plaintiff        (  ) Defendants

| Exhibit Number | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-1 | | | | | Spreadsheet of grievances filed by Kenneth McMaster from 11/01/2012-11/29/2012 |
| P-2 | | | | | Kenneth McMaster inmate grievance summary from 12/11/2014-08/27/2015 |

| | | | | | | |
|---|---|---|---|---|---|---|
| P-3 | | | | | | Kenneth McMaster Current Sanctions Report and Tier III Case Data Sheet (11/18/2014) |
| P-4 | | | | | | Kenneth McMaster Inmate Disciplinary History from 08/10/2008-06/12/2015 |
| P-5 | | | | | | Report of Strip Frisk by CO R. Bilow (11/15/2014) |
| P-6 | | | | | | Letter from Kenneth McMaster to S. Danforth (11/24/2014) |
| P-7 | | | | | | Inmate Refusal to Testify (12/10/2014) |
| P-8 | | | | | | DOCCS Assistant Form (11/18/2014); Tier III Case Data Sheet (11/18/2014); CO King and Sgt. Tompkins Inmate Misbehavior Reports (11/15/2014) |
| P-9 | | | | | | N. Smith Investigation of 11/18/2014 Grievance (02/06/2015) |

| | | | | | | |
|---|---|---|---|---|---|---|
| P-10 | | | | | | Kenneth McMaster Grievances Re: CO LaBarge harassment (12/16/2014, 01/28/2015, 01/29/2015, 01/31/2015, 02/01/2015, 03/21/2015, 03/22/2015, 07/16/2015, 07/18/2015) |
| P-11 | | | | | | Letter from Sgt. Donah to Lt. Allen (12/23/2014) |
| P-12 | | | | | | Tier III Hearing Transcript (11/25/2014) |
| P-13 | | | | | | Tier III Hearing Transcrpit (11/25/2014-12/15/2014) |
| P-14 | | | | | | Kenneth McMaster Grievance Re: CO Bilow harassment (12/21/2015) |
| P-15 | | | | | | Kenneth McMaster Grievances Re: Nurse Travers and CO Hastings misconduct and harassment (12/21/2015) |

| | | | | | | |
|---|---|---|---|---|---|---|
| P-16 | | | | | | Miscellaneous Correspondence from Kenneth McMaster to Cuomo, Woodward, Inspector General, Bellamy, SHU Director, Koeningsmann, Danforth, Annucci (11/25/2014-12/25/2015) |
| P-17 | | | | | | CO Gagne Report (11/15/2014) |
| P-18 | | | | | | CO King IMR Report (11/15/2014) |
| P-19 | | | | | | Sgt. Tompkins IMR Report (11/15/2014) |
| P-20 | | | | | | Supt. Uhler signed Unusual Incident Report (11/15/2014) |
| P-21 | | | | | | Use of Force Report by Winston and White (11/15/2014) |
| P-22 | | | | | | Log of Rounds for Cell Block (11/15/2014 through 11/16/2014) |
| P-23 | | | | | | Infirmary Log (11/14/2014 through 11/17/2014) |

| | | | | | | |
|---|---|---|---|---|---|---|
| P-24 | | | | | | OMH watch log - 6:05 p.m. through 8:45 p.m. (11/14/2014 through 11/17/2014) |
| P-25 | | | | | | Inmate Health Records Progress Notes (11/15/2014) through (12/19/2014) |
| P-26 | | | | | | Mental Health Interview (11/17/2014) |
| P-27 | | | | | | Grievance by Plaintiff (11/18/2014) |
| P-28 | | | | | | Ltr. from Plaintiff to Associate Commissioner/Chief Medical Officer (12/15/2014) |
| P-29 | | | | | | Wrich Report of rape by Plaintiff (11/26/2014) |
| P-30 | | | | | | Medical Records (bates numbers 485-489) |
| P-31 | | | | | | Ltr. from Associate Commissioner Effman to Superintendent D'Amico (5/2/2014) |

| | | | | | | |
|---|---|---|---|---|---|---|
| P-32 | | | | | | DOCS Directive No. 4028A Sexual Abuse Prevention and Intervention Policy |
| P-33 | | | | | | Plaintiff's letter to Gov. Cuomo (11/25/2014) with 11/25/2014 Grievance |
| P-34 | | | | | | Excerpt from OSI file |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1.  The Plaintiff reserves the right to add or delete exhibits.  Plaintiff also reserves all objections.

2.  This Exhibit List includes some anticipated rebuttal, impeachment and refresher exhibits.

Dated: June 09, 2019
 at Blossvale, New York

    s/A.J. Bosman, Esq.
_____
A.J. Bosman, Esq.
Bosman Law Firm, LLC
*Attorneys for Plaintiff*
Office & Post Office Address
3000 McConnellsville Rd.

Blossvale, New York 13308
Telephone: (315) 820-4417